IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. MARINI,

    Plaintiff,

  v.

SAMUEL CABOT INCORPORATED EMPLOYEES STOCK OWNERSHIP PLAN,

    Defendant.
_____/

No. C 06-05491 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for December 8, 2006, is continued to **February 9, 2007, at 1:30 p.m.,** pending a decision by the District Court of Massachusetts on Plaintiff's motion to dismiss or transfer which was heard on December 4, 2006.  Counsel shall advise the Court immediately upon a decision being issued by the District of Massachusetts and may request advancement of the Case Management Conference on the Court's calendar.  Counsel may proceed with discovery.

    IT IS SO ORDERED.

Dated: 12/13/06

                      */s/ Claudia Wilken*
                      CLAUDIA WILKEN
                      United States District Judge